BEFORE CHIEF JUDGE RAO, JANUARY 30, 1969

**No. R69/1.**—Bud Berman Sportswear, Inc., et al. *v.* United States, reappraisements R63/9472, etc. (New York).

In accordance with stipulation of counsel that the facts, merchandise, and issues are similar in all material respects to those in *United States v. Bud Berman Sportswear, Inc.* (55 CCPA 28, C.A.D. 929), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining the value of the wearing apparel involved herein and that said value is represented by the invoice unit ex-factory prices, net packed.

BEFORE JUDGE MALETZ, FEBRUARY 19, 1969

**No. R69/2.**—Chadwick-Miller Importers, Inc. (Elder), et al. *v.* United States, reappraisements R62/5783, etc. (Los Angeles).

In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those involved in *United States v. Chadwick-Miller Importers, Inc., et al.* (54 CCPA 93, C.A.D. 914), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the sundry and novelty items here involved and that such values are the invoice unit ex-factory prices, net packed.